

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00504-CV

Sandra S. Wilcox Williams **SMITH**,
Appellant

v.

The **COUNTY OF GUADALUPE**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-0818-CV
Honorable William D. Old III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we DENY appellee's motion to dismiss this appeal. We AFFIRM the trial court's November 8, 2022 judgment. We order that no costs of appeal be assessed against appellant because she qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED May 15, 2024.

_____
Beth Watkins, Justice